■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE FOX, Also Known as BLACK, Appellant. (Appeal No. 1.) [881 NYS2d 352]—Appeal from a judgment of the Erie County Court (Sheila A. DiTullio, J.), rendered March 27, 2008. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Martoche, Fahey, Carni and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE FOX, Also Known as BLACK, Appellant. (Appeal No. 2.) [881 NYS2d 352]—Appeal from a judgment of the Erie County Court (Sheila A. DiTullio, J.), rendered March 27, 2008. The judgment convicted defendant, upon his plea of guilty, of attempted burglary in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Martoche, Fahey, Carni and Pine, JJ.